UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) Warrant Issued   Case No. 96-2727m
) ☒ COMPLAINT
vs. ) Date   ☐ AFFIDAVIT   Filed 12/12/96
) VIOLATION 18,500
) Tape No. 96-60   Date 12/12/96
Robert Wilsn )
)

1. PROCEEDINGS BEFORE UNITED STATES MAGISTRATE  Hillman

J. Butler                  Nina Froesch/e
Deputy Clerk      Assistant U.S. Attorney      Interpreter

☒ Defendant arraigned. Informed of charge and right to: remain silent; counsel; appointment of counsel, if indigent; and
☒ preliminary hearing, or ☐ removal hearing/Rule 20.
☒ Defendant states true name: ☐ is as charged; ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit.
☒ Attorney: Nadine Neule   RETD, APPTD, DFPD/PANEL, S/A ☐ Poss contrib ord.
☒ Bail set at $ 5,000.00

**TYPE OF BOND**
☐ Personal Recognizance
   (Signature only - no dollar amount)
☒ Unsecured Appearance Bond in amount of $ 5,000
☐ Appearance Bond in amount of $ _____
   ☐ with cash deposit (amount or %) _____
   ☐ with affidavit of surety (no justification) (Form CR-4)
   ☐ with justification affidavit of surety (Form CR-3)
      ☐ and with deeding of property    or
☐ Collateral Bond in amount of $ _____
   (Cash or negotiable securities)
☐ Corporate Surety Bond in amount of $ _____
   (Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____ or
   appear before Magistrate _____
   at _____ AM/PM on _____

**CONDITIONS OF RELEASE**
☒ PSA Supervision   ☒ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia hearing
☒ Travel restricted to City of LA
☒ Alcohol/Drug testing as deem necessary
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☒ Avoid places of egress
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing
☒ Other seek full time employment

☒ Defendant committed to custody of U.S. Marshal.   ☐ Preliminary hearing waived.
☒ Prelim/Hrg set for 1-2-97 at 4:30 P.M. Post/Indict Arrn set for 1-6-97 at 8:30 A.M.
☐ Court ORDERS _____ phone calls within 24 hours, forthwith, ASAP, as requested.
☐ Court ORDERS medical abstract issued re: _____
☐ Defendant's motion to dismiss for lack of probable cause:   ☐ DENIED   ☐ GRANTED
☐ Defendant executes waiver of removal hearing and arrival of process.
☐ Process received.   ☐ Defendant executes Rule 20 consent forms.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue.
☐ Case continued to _____ at _____ AM/PM for _____
☐ Other _____

2. BOND POSTED: Date _____ . Release ordered.
   Defendant's address and phone _____

By _____
   Deputy Clerk

cc: AUSA

M-5 (12/86)          PROCEEDINGS SHEET — LOCAL/OUT-OF-DISTRICT CASE          ☆ U.S. GPO: 1994-678-732/10019